# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:09CR510** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **ANDRZEJ PIETKIEWICZ, aka** | ) | ORDER ADOPTING |
| **ZDZISLAW KOWALCZYK,** | ) | REPORT AND RECOMMENDATION |
| | ) | |
| **DEFENDANT.** | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Andrzej Pietkiewicz aka Zdzislaw Kowalczyk's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 207).

On November 23, 2009, the Government filed an Indictment against Defendant. (Dkt. # 12). On June 2, 2010, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of arraignment and receiving Defendant's guilty plea. (Dkt. # 199).

On June 7, 2010, a hearing was held in which Defendant entered a plea of guilty to Count One of the Indictment, conspiracy to unlawfully produce identification documents and false identification documents, in violation of 18 U.S.C. § 1028(f), 18 U.S.C. § 1028(b)(1)(A)(ii), and 18 U.S.C. § 1028(b)(1)(B).

Magistrate Judge Limbert received Defendant's guilty plea. On June 8, 2010, Magistrate Judge Limbert issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 207).

Neither party objected to Magistrate Judge Limbert's R&R in the fourteen (14) days after it was issued.

On *de novo* review of the record, Magistrate Judge Limbert's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of violating 18 U.S.C. § 1028(f), 18 U.S.C. § 1028(b)(1)(A)(ii), and 18 U.S.C. § 1028(b)(1)(B). The sentencing will be held on August 12, 2010, at 10:00 a.m.

**IT IS SO ORDERED**.

> */s/ Peter C. Economus* **- August 6 , 2010**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**